**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILFRED SANTOS<br><br>Defendant. | Case No.: 2:21-cr-00272-JAD-DJA<br><br>**ORDER TO CONTINUE SENTENCING**<br><br>ECF No. 78 |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government will be in trial and unavailable on December 5, 2022.

2. The parties agree to the continuance.

3. Defendant Wilfred Santos is in custody and agrees to the continuance.

4. This is the first request for a continuance.

5. For all of the above-stated reasons, the end of justice would best be served by a continuance of the sentencing date.

ORDER

IT IS ORDERED that the Sentencing currently scheduled for December 5, 2022, at the hour of 11:00 a.m., be vacated and continued to January 18, 2023, at 10:00 a.m.

DATED this 9th day of November, 2022.

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE