JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00272-JAD-DJA |
| Plaintiff, | **STIPULATION TO SENTENCING HEARING** |
| vs. | **(Second Request)** |
| WILFRED SANTOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and MONTI LEVY, counsel for Defendant WILFRED SANTOS, that the Sentencing hearing currently scheduled for January 18, 2023, at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this court, but in no event no sooner than three (3) weeks. The Stipulation is entered into for the following reasons:

1. Counsel for Government is unavailable during the currently scheduled hearing date.

2. The parties agree to the continuance.

3. Defendant Wilfred Santos is in custody and agrees to the continuance.

1

4. This is the second request for a continuance.

DATED: December 14, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Allison Reese*
ALLISON REESE
Assistant United States Attorney


*/s/ Monti Levy*
MONTI LEVY
Counsel for Defendant Wilfred Santos

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00272-JAD-DJA |
| Plaintiff, | **ORDER** |
| vs. | |
| WILFRED SANTOS, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Government is unavailable during the currently scheduled hearing date.

2. The parties agree to the continuance.

3. Defendant Wilfred Santos is in custody and agrees to the continuance.

4. This is the second request for a continuance.

5. For all of the above-stated reasons, the end of justice would best be served by a continuance of the sentencing date.

///

///

///

# ORDER

IT IS ORDERED that the Sentencing hearing currently scheduled for January 18, 2023, at the hour of 10:00 a.m., be vacated and continued to February 13, 2023, at the hour of 2:30 p.m.

DATED this 15th day of December, 2022.

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

4