# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILFORD SANTOS,<br><br>    Defendant. | CASE NO.2:21-CR-00272-JAD-DJA<br><br>**ORDER**<br><br>**ECF No. 89** |

    Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Wilford Santos in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, because the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

    IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for February 13, 2023, at 2:30 p.m., be vacated and continued to February 27, 2023, at 11:00 a.m.

    DATED this 20th day of January, 2023.

                                                                     JENNIFER A DORSEY<br>
                                                                     United States District Judge