# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILFRED SANTOS,<br><br>Defendant. | Case No.: 2:21-CR-00272-JAD-DJA<br><br>**ORDER**<br><br>**ECF No. 95** |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the deadline to file any and all responsive pleadings to Defendant's Sentencing Memorandum (ECF No. 94) currently set for February 22, 2023, be reset to February 24, 2023.

DATED this 22nd day of February, 2023.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE