1

2

3

4

5                    **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF NEVADA**

6

7   UNITED STATES OF AMERICA,          2:21-CR-272-JAD-DJA

8                  Plaintiff,          **Final Order of Forfeiture**

9          v.

10  WILFRED SANTOS,

11                 Defendant.

12          The United States District Court for the District of Nevada entered a Preliminary

13  Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with

14  28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c)

15  based upon the plea of guilty by Wilfred Santos to the criminal offenses, forfeiting the

16  property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding

17  Criminal Indictment and shown by the United States to have the requisite nexus to the

18  offenses to which Wilfred Santos pled guilty. Superseding Criminal Indictment, ECF No.

19  38; Change of Plea, ECF No. 64; Plea Agreement, ECF No. 65; Preliminary Order of

20  Forfeiture, ECF No. 66.

21          This Court finds that on the government's motion, the Court may at any time enter

22  an order of forfeiture or amend an existing order of forfeiture to include subsequently

23  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

24          This Court finds the United States published the notice of forfeiture in accordance

25  with the law via the official government internet forfeiture site, www.forfeiture.gov,

26  consecutively from September 2, 2022, through October 1, 2022, notifying all potential third

27  parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No.

28  75-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 74.

On September 19, 2021, the United States Attorney's Office served Amanda Santos or Amanda Dehaven by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 74.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Glock 45, 9mm semi-automatic pistol bearing serial number BTUD635 equipped with a Glock selector switch attached;

2. a Glock 26 Gen 4, 9mm semi-automatic pistol bearing serial number WUH775 equipped with a Glock selector switch attached;

3. 2 Glock selector switches;

4. Daniel Defense, DD5, multi caliber rifle bearing serial number DD5 002380;

5. one personally made firearm;

6. Springfield Armory, XD, 45 caliber pistol bearing serial number US744436;

7. 2 Glock selector switches;

8. Winchester, 12-gauge shotgun bearing serial number N1039055;

9. Adams Arms, AA-15 multi caliber rifle bearing serial number AA0005558;

10.   Winchester, 1300 Defender, 12-gauge shotgun bearing serial number L2895478;

11.   CZ, 2075 RAMI, 9 mm caliber pistol bearing serial number D218317;

12.   Sportsman derringer type, .22 caliber pistol bearing serial number 018321;

13.   Rohm Gesellschaft, RG 31, .38 special caliber revolver bearing serial number 016466;

14.   3 Glock selector switches;

15.   5 Glock selector switches;

16.   2 AR style personally made firearms;

17.   Glock 43x, 9 mm caliber pistol bearing serial number BNUK234;

18.   a Smith & Wesson, M&P Shield, 9mm semi-automatic pistol, bearing serial number JFJ2267;

19.   2 9mm magazines; and

20.   any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: February 27, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE